QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael B. Carlinsky (*pro hac vice* forthcoming)
michaelcarlinsky@quinnemanuel.com
Renita N. Sharma (*pro hac vice* forthcoming)
renitasharma@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Lockton Companies LLC and Lockton Companies LLC – Pacific Series*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKTON INSURANCE COMPANY LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC – PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 3:23-cv-00243<br><br>**DECLARATION OF TERRY L. WIT IN SUPPORT OF NOTICE OF REMOVAL** |

**DECLARATION OF TERRY L. WIT**

I, Terry L. Wit, hereby declare as follows:

1. I am a member of the State of California and admitted to practice before the Court. I am a partner of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants in the above-captioned action. Except as otherwise noted, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as **Exhibit A** is a true and correct copy of the *Verified Original Complaint* filed in the Superior Court of the State of California, County of San Francisco in Case No. CGC-22-60358 on December 22, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of the *Civil Case Cover Sheet* filed in the Superior Court of the State of California, County of San Francisco in Case No. CGC-22-60358 on December 22, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of the *Notice to Plaintiff* filed in the Superior Court of the State of California, County of San Francisco in Case No. CGC-22-60358 on December 22, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of the *Summons* filed in the Superior Court of the State of California, County of San Francisco in Case No. CGC-22-60358 on January 5, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of the *Proof of Service Summons* filed in the Superior Court of the State of California, County of San Francisco in Case No. CGC-22-60358 on January 10, 2023.

7. Attached hereto as **Exhibit F** is a true and correct copy of the *Order Confirming and Approving on a Final Basis Modified First Amended Combined Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on March 11, 2021.

8. Attached hereto as **Exhibit G** is a true and correct copy of the *Modified First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its*

1 | *Subsidiaries Under Chapter 11 of the Bankruptcy Code* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on April 16, 2021.

9. Attached hereto as **Exhibit H** is a true and correct copy of the *Notice of (A) Entry of Order Confirming the First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code and (B) the Occurrence of the Effective Date* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on April 19, 2021.

10. Attached hereto as **Exhibit I** is a true and correct copy of the *Declaration of Drew McManigle, Founder and Chief Executive Officer, MACCO Restructuring Group, LLC* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on November 9, 2020.

11. Attached hereto as **Exhibit J** is a true and correct copy of the *First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on January 21, 2021.

12. Attached hereto as **Exhibit K** is a true and correct copy of the *Report of Robert J. Stark, Examiner* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on March 8, 2021.

13. Attached hereto as **Exhibit L** is a true and correct copy of the *Voluntary Petition for Non-Individuals Filing for Bankruptcy* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on November 7, 2020.

14. Attached hereto as **Exhibit M** is a true and correct copy of the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay all Related Obligations, and (II) Granting Related Relief* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on November 8, 2020.

15. Attached hereto as **Exhibit N** is a true and correct copy of the *Interim Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay all Related Obligations, and (II) Granting Related Relief* filed in the United States Bankruptcy Court for the District of Delaware in

Case No. 20-12836 on November 10, 2020.

16. Attached hereto as **Exhibit O** is a true and correct copy of the *Final Order (I) Authorizing Debtors to (A) Maintain Insurance Policies, (B) Pay all Related Obligations, and (II) Granting Related Relief* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on December 18, 2020.

17. Attached hereto as **Exhibit P** is a true and correct copy of the documents filed as ECF 120 in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on December 3, 2020.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the *Debtors' Motion Pursuant to Bankruptcy Code Sections 363(b) and 105(a) for Authorization to Enter into and Perform Under a Plan Support Agreement Term Sheet* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on December 23, 2020.

19. Attached hereto as **Exhibit R** is a true and correct copy of the *Notice of Filing of Amended Plan Supplement for First Amended Combined Joint Plan of Liquidation and Disclosure Statement of Cred Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on March 4, 2021.

20. Attached hereto as **Exhibit S** is a true and correct copy of the *Notice of Filing of Liquidation Trust Agreement* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on March 2, 2021.

21. Attached hereto as **Exhibit T** is a true and correct copy of the *Motion of the Cred Inc. Liquidation Trust for Entry of Order Approving Third Party Claim Assignment Procedures* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on June 23, 2022.

22. Attached hereto as **Exhibit U** is a true and correct copy of the *Complaint* filed in the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 on December 5, 2022.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed this 18th day of January, 2023, at Alameda, California.

By   /s/ Terry L. Wit
     Terry L. Wit