# EXHIBIT E

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CRAIG DANIEL SBN 212588<br>GLUCK DANIEL ATKINSON LLP<br>201 Mission Street, Suite 1330<br>San Francisco, CA 94105<br>TELEPHONE NO.: 415-510-2114   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): cdaniel@gluckdaniel.com<br>ATTORNEY FOR (Name): Plaintiff | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**01/10/2023**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - CENTRAL
STREET ADDRESS: 400 McAllister St
MAILING ADDRESS: 400 McAllister St
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - CENTRAL

PLAINTIFF/PETITIONER: CEDRIC DE LISSER
DEFENDANT/RESPONDENT: LOCKTON COMPANIES, LLC - PACIFIC SERIES

| | |
|---|---|
| **PROOF OF SERVICE SUMMONS** | CASE NUMBER:<br>CGC-22-603638 |
| | Ref. No. or File No.:<br>CRED, INC. |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: **Civil Case Cover Sheet; Summons; Complaint; Notice to Plaintiff; ADR Information Packet**

3. a. Party served (specify name of party as shown on documents served): **LOCKTON COMPANIES, LLC- PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company**

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a): **Mellissa Lewis, authorized to accept, Client Coordinator**

4. Address where the party was served: **12747 Olive Blvd Ste 300, Saint Louis, MO 63141**

5. I served the party (check proper box)

   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **1/9/2023** (2) at: **09:05 AM**

   b. [ ] **by substituted service.** On: at: I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
   [ ] the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
   on:       from:       or [ ] a declaration of mailing is attached.

Page 1 of 2

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**

Invoice # 6938866

| PLAINTIFF/PETITIONER: CEDRIC DE LISSER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LOCKTON COMPANIES, LLC - PACIFIC SERIES | CGC-22-603638 |

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on:    (2) from:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* **LOCKTON COMPANIES, LLC- PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company** under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☒ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                  ☐ other:

7. **Person who served papers**
  a. Name: **Brianna R. Anderson**
  b. Address: **507 Polk Street Suite 320, San Francisco, CA 94102**
  c. Telephone number: **415-546-6000**
  d. **The fee** for service was: **$186.75**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☐ owner  ☐ employee  ☒ independent contractor.
      (ii) Registration No.: **#680**
      (iii) County: **0**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WHEELS of JUSTICE**
*happiness is serving you*

Brianna R. Anderson -#680   1/9/23
Brianna R. Anderson    Date: **01/09/2023**