1  QUINN EMANUEL URQUHART & SULLIVAN LLP
   Michael B. Carlinsky (*pro hac vice* forthcoming)
2  michaelcarlinsky@quinnemanuel.com
   Renita N. Sharma (*pro hac vice* forthcoming)
3  renitasharma@quinnemanuel.com
   51 Madison Ave., 22nd Floor
4  New York, NY 10010
   Telephone: (212) 849-7000
5  Facsimile: (212) 849-7100

6  Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, CA 94111
8  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
9
   Eric D. Winston (SBN 202407)
10 ericwinston@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 *Attorneys for Defendants Lockton Companies
   LLC and Lockton Companies, LLC – Pacific Series*
14

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKTON INSURANCE COMPANY LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC – PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 3:23-cv-00243<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Razmig Izakelian, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017.

On January 18, 2023, I served true copies of the following document(s):

1. Notice of Removal
2. Declaration of Terry L. Wit in Support of Notice of Removal
3. Civil Cover Sheet

on the parties below, by the following means of service:

| | |
|---|---|
| **REID COLLINS & TSAI LLP** | **GLUCK DANIEL ATKINSON LLP** |
| Angela J. Somers | Craig C. Daniel |
| Jeffrey Gross | 201 Mission Street, Ste. 1330 |
| Minyao Wang | San Francisco, CA 94105 |
| 420 Lexington Avenue, Ste. 2731 | Telephone: (415) 510-2114 |
| New York, New York 10170 | Facsimile: (415) 510-2208 |
| Telephone: (212) 344-5200 | Email: litigation@gluckdaniel.com |
| Facsimile: (212) 344-5299 | |
| asomers@reidcollins.com | |
| jgross@reidcollins.com | |
| mwang@reidcollins.com | |

*Special Litigation Counsel to Trustees of the Cred Inc. Liquidation Trust*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address razmigizakelian@quinnemanuel.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Quinn Emanuel Urquhart & Sullivan, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1 | Executed on January 18, 2023, at Los Angeles, California.

_____
Razmig Izakelian