Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKTON INSURANCE COMPANY LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC – PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 4:23-cv-00243-KAW<br><br>**APPLICATION FOR ADMISSION OF MICHAEL B. CARLINSKY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

Pursuant to Civil L.R. 11-3, Michael B. Carlinsky, an active member in good standing of the bar of New York, hereby respectfully applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants in the above-entitled action.

In support of this application, I certify an oath that:

1. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

2. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 2319440.

3. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

4. I have been granted *pro hac vice* admission by the Court zero (0) times in the twelve (12) months preceding this application.

5. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court, as well as, the Bankruptcy Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2023

/s/ *Michael B. Carlinsky*
Michael B. Carlinsky

# ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL B. CARLINSKY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael B. Carlinsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATED DISTRICT JUDGE



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

---

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Michael Barry Carlinsky

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 7, 1990**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on January 18, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00100655



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**MARIA T. FASULO**
CLERK OF THE COURT

**DARRELL M. JOSEPH**
DEPUTY CLERKS

**KENNETH BAND**
**MELISSA KRAKOWSKI**
**WENDY STYNES**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

     An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

     An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

     New York State does not register attorneys as active or inactive.

     An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

     Bar examination history is available from the [New York State Board of Law Examiners](#).

     Instructions, forms and links are available on [this Court's website](#).

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022