UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEDRIC DE LISSER, et al.,

Plaintiff(s),

v.

LOCKTON INS. CO., et al.,

Defendant(s).

Case No. 4:23-cv-00243-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Renita N. Sharma, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Lockton Insurance Company LLC and Lockton Companies, LLC – Pacific Series in the above-entitled action. My local co-counsel in this case is Terry L. Wit, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 233473.

Quinn Emanuel LLP
51 Madison Avenue, 22nd Floor,
New York, NY 10010
MY ADDRESS OF RECORD

Quinn Emanuel LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 849-7000
MY TELEPHONE # OF RECORD

(415) 875-6600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

renitasharma@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

terrywit@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4898938.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2023

Renita N. Sharma
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Renita N. Sharma is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE