QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Renita N. Sharma (admitted *pro hac vice*)
renitasharma@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Lockton Companies LLC and Lockton Companies LLC – Pacific Series*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKTON INSURANCE COMPANY LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC – PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 4:23-cv-00243-KAW<br><br>**SUPPLEMENTAL DECLARATION OF TERRY L. WIT IN SUPPORT OF NOTICE OF REMOVAL** |

SUPPLEMENTAL DECLARATION OF TERRY L. WIT IN SUPPORT OF NOTICE OF REMOVAL

## SUPPLEMENTAL DECLARATION OF TERRY L. WIT

I, Terry L. Wit, hereby declare as follows:

1. I am a member of the State of California and admitted to practice before the Court. I am a partner of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants in the above-captioned action. Except as otherwise noted, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. On January 18, 2023, Defendants in the above-captioned action filed the *Notice of Removal* ("Notice of Removal"). In support of the Notice of Removal, Defendants filed the *Declaration of Terry L. Wit in Support of Notice of Removal* ("Wit Declaration").

3. Shortly before filing the Notice of Removal, personnel from my firm checked the docket of the Superior Court of California, County of San Francisco ("San Francisco Superior Court"), in Case No. CGC-22-603638, and collected all filings from that docket. I attached copies of all such filings as of that date to the Wit Declaration.

4. On January 20, 2023, I spoke with Angela Somers, counsel for Plaintiffs, regarding certain case management matters, and Ms. Somers informed me that Plaintiffs had filed an amended complaint prior to the Notice of Removal, but that the amended complaint did not yet appear on the docket of the San Francisco Superior Court.

5. On January 23, 2023, Ms. Somers informed me that the amended complaint now appeared on the docket of the San Francisco Superior Court. Later that day, I and other from my firm spoke with Plaintiffs' counsel and reached an agreement regarding certain matters, which is reflected in the *Stipulation Regarding Briefing Schedules and Related Issues* [ECF 13].

6. Attached hereto as **Exhibit V** is a true and correct copy of the *First Amended Verified Complaint* filed in the Superior Court of the State of California, County of San Francisco in Case No. CGC-22-603638 on January 17, 2023.

7. Attached hereto as **Exhibit W** is a true and correct copy of the *Notice to State Court and Adverse Parties of Removal of this Action to Federal Court* filed in the Superior Court of the State of California, County of San Francisco in Case No. CGC-22-603638 on January 18, 2023.

8. Attached hereto as **Exhibit X** is a true and correct of the online docket for the State of California, County of San Francisco in Case No. CGC-22-603638 that I printed on January 26, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of January, 2023, at Alameda, California.

By   */s/ Terry L. Wit*
     Terry L. Wit