

# EXHIBIT X

Contact Us

**THE SUPERIOR COURT OF CALIFORNIA**
COUNTY OF SAN FRANCISCO

Case Number: CGC22603638
Title: CEDRIC DE LISSER ET AL VS. LOCKTON INSURANCE COMPANY LLC, ET AL
Cause of Action: FRAUD
Generated: 2023-01-26 10:15 am

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 10:25:37 am**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

# Register of Actions

Show [10 ▼] entries                    Search: [＿＿＿＿＿＿＿＿]

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2023-01-18 | NOTICE OF REMOVAL (TRANSACTION ID # 210026402) FILED BY DEFENDANT LOCKTON COMPANIES LLC LOCKTON COMPANIES, LLC    PACIFIC SERIES | View | $2870.00 |
| 2023-01-17 | 1ST AMENDED COMPLAINT (TRANSACTION ID # 100187409) FILED BY PLAINTIFF DE LISSER, CEDRIC IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST MICHELIN, MICHAEL IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST MOSER, CHRISTOPHER IN THEIR CAPACITY AS THE TRUSTEES OF THE CRED LIQUIDATION TRUST AS TO DEFENDANT LOCKTON COMPANIES, LLC PACIFIC SERIES, D/B/A LOCKTON INSURANCE BROKERS LLC, A MISSOURI LIMITED LIABILITY COMPANY DOES 1-10, INCLUSIVE LOCKTON COMPANIES LLC, D/B/A LOCKTON INSURANCE BROKERS LLC, A MISSOURI LIMITED LIABILITY COMPANY | View | |
| 2023-01-10 | SUMMONS ON COMPLAINT (TRANSACTION ID # 100187409), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF DE LISSER, CEDRIC IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST MICHELIN, MICHAEL IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST SERVED JAN-09-2023, PERSONAL SERVICE AS TO DEFENDANT LOCKTON COMPANIES, LLC PACIFIC SERIES, D/B/A LOCKTON INSURANCE BROKERS LLC, A MISSOURI LIMITED LIABILITY COMPANY | View | |
| 2023-01-05 | SUMMONS ISSUED (TRANSACTION ID # 100186276) TO PLAINTIFF DE LISSER, CEDRIC IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST MICHELIN, MICHAEL IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST | View | |
| 2022-12-22 | NOTICE TO PLAINTIFF | View | |
| 2022-12-22 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 100185882) FILED BY PLAINTIFF DE LISSER, CEDRIC IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST MICHELIN, MICHAEL IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST | View | |
| 2022-12-22 | FRAUD, COMPLAINT (TRANSACTION ID # 100185882) FILED BY PLAINTIFF DE LISSER, CEDRIC IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST MICHELIN, MICHAEL IN THEIR CAPACITY AS THE TRUSTEES OF CRED LIQUIDATION TRUST AS TO DEFENDANT LOCKTON INSURANCE COMPANY LLC, D/B/A LOCKTON INSURANCE BROKERS LLC, A MISSOURI LIMITED LIABILITY COMPANY LOCKTON COMPANIES, LLC PACIFIC SERIES, D/B/A LOCKTON INSURANCE BROKERS LLC, A MISSOURI LIMITED LIABILITY COMPANY DOES 1-10, INCLUSIVE NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAY-24-2023 PROOF OF SERVICE DUE ON FEB-21-2023 CASE MANAGEMENT STATEMENT DUE ON MAY-01-2023 COMPLEX LITIGATION ASSIGNMENT REQUESTED BY FILING PARTIES; FEE INCLUDED IN FILING FEE | View | $1435.00 |

Showing 1 to 7 of 7 entries           Previous   [1]   Next