QUINN EMANUEL URQUHART & SULLIVAN LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Renita N. Sharma (admitted *pro hac vice*)
renitasharma@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Lockton Companies LLC and Lockton Companies, LLC – Pacific Series*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKTON INSURANCE COMPANY LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC – PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 4:23-cv-00243-KAW<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

# **PROOF OF SERVICE**

I, Razmig Izakelian, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017. On January 26, 2023, I served true copies of the following document(s):

1. Supplemental Declaration of Terry L. Wit in Support of Notice of Removal

on the parties below, by the following means of service:

| | |
|---|---|
| **REID COLLINS & TSAI LLP**<br>Angela J. Somers<br>Jeffrey Gross<br>Minyao Wang<br>420 Lexington Avenue, Ste. 2731<br>New York, New York 10170<br>Telephone: (212) 344-5200<br>Facsimile: (212) 344-5299<br>asomers@reidcollins.com<br>jgross@reidcollins.com<br>mwang@reidcollins.com | **GLUCK DANIEL ATKINSON LLP**<br>Craig C. Daniel<br>201 Mission Street, Ste. 1330<br>San Francisco, CA 94105<br>Telephone: (415) 510-2114<br>Facsimile: (415) 510-2208<br>Email: litigation@gluckdaniel.com |

*Special Litigation Counsel to Trustees of the Cred Inc. Liquidation Trust*

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address razmigizakelian@quinnemanuel.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 26, 2023, at Los Angeles, California.

Razmig Izakelian