UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of Cred Liquidation Trust

Plaintiff(s),

v.

LOCKTON COMPANIES LLC, d/b/a LOCKTON INSURANCE BROKERS, LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC - PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS, LLC, a Missouri limited liability company; and DOES 1-10, inclusive.

Defendant(s).

Case No. 4:23-cv-00243

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Angela J. Somers, an active member in good standing of the bar of State of New York, No. 2130839, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Trustees of the Cred Inc. Liquidation Trust in the above-entitled action. My local co-counsel in this case is Craig C. Daniel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 212588.

420 Lexington Avenue, Ste. 2731
New York, New York 10170
MY ADDRESS OF RECORD

201 Mission Street, Suite 1330
San Francisco, California 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-344-5200
MY TELEPHONE # OF RECORD

415-510-2114
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

asomers@reidcollins.com
MY EMAIL ADDRESS OF RECORD

litigation@gluckdaniel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2130839.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2023

Angela J. Somers
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Angela J. Somers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   January 31, 2023

*Kandis Westmore*
UNITED STATES MAGISTRATE JUDGE