Craig C. Daniel (State Bar No. 212588)
GLUCK DANIEL ATKINSON LLP
201 Mission Street, Suite 1330
San Francisco, CA 94105
Telephone: (415) 510-2509
Email: litigation@gluckdaniel.com

Angela J. Somers (*pro hac vice* admitted)
Jeffrey E. Gross (*pro hac vice* admitted)
Minyao Wang (*pro hac vice* admitted)
REID COLLINS & TSAI LLP
420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
Email: asomers@reidcollins.com
          jgross@reidcollins.com
          mwang@reidcollins.com

*Special Counsel for Plaintiffs Cedric de Lisser,*
*Christopher Moser, and Michael Michelin, in*
*their capacity as the Trustees of the Cred*
*Liquidation Trust*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKTON COMPANIES LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC- PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 4:23-cv-00243-JD<br><br>**[Removal from Superior Court of California, County of San Francisco, Case No. CGC-22603638]**<br><br>**PLAINTIFFS' STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(e)(3)**<br><br>**State Action Filed: December 22, 2022** |

1.      Plaintiffs Cedric De Lisser, Christopher Moser, and Michael Michelin, in their capacity as the Trustees of the Cred Liquidation Trust, respectfully state that the above-captioned matter was removed on January 18, 2023, by Defendants from the Superior Court of California, County of San Francisco, to this Court.  Plaintiffs do not concede that this Court has subject matter jurisdiction over or should otherwise hear this litigation.  Plaintiffs intend to file a motion to remand and/or to abstain.

2.      Nevertheless, Federal Rule of Bankruptcy Procedure 9027(e) requires that Plaintiffs file this statement within 14 days of the date of removal.  Therefore, Plaintiffs hereby conditionally consent to the entry of final orders or judgments in this litigation by a United States Bankruptcy Judge, to the extent that it is later determined that there is federal subject matter jurisdiction over this litigation and this litigation is referred from a federal District Court to a federal Bankruptcy Court.

3.      Plaintiffs do not waive or relinquish and expressly reserve all of their respective rights, claims, defenses and remedies, which may depend on this Court's decision on Defendants' *Notice of Removal*, and Defendants' continued position on a final order being issued by the Bankruptcy Court, including, without limitation: (a) the right to argue that there is no federal subject matter jurisdiction over this litigation; (b) the right to request that the Court abstain pursuant to 28 U.S.C. § 1344 from hearing this litigation or remand this litigation pursuant to 28 U.S.C. § 1452(b); (c) the right to demand a jury trial; and (d) the right to request that the reference of this litigation to a Bankruptcy Court be withdrawn.

Dated: January 31, 2023                      Respectfully submitted,

GLUCK DANIEL ATKINSON LLP

Craig C. Daniel (State Bar No. 212588)
201 Mission Street, Suite 1330
San Francisco, CA 94105
Telephone: (415) 510-2509
Email: litigation@gluckdaniel.com

-and -

Angela J. Somers (*pro hac vice* admitted)
Jeffrey E. Gross (*pro hac vice* admitted)
Minyao Wang (*pro hac vice* admitted)
REID COLLINS & TSAI LLP
420 Lexington Avenue, Suite 2731

PLAINTIFFS' STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(e)(3)
CASE NO. 4:23-cv-00243-JD

1

New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
Email: asomers@reidcollins.com
        jgross@reidcollins.com
        mwang@reidcollins.com

*Special Counsel for Plaintiffs Cedric de Lisser,
Christopher Moser, and Michael Michelin, in
their capacity as the Trustees of the Cred
Liquidation Trust*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(e)(3)
CASE NO. 4:23-cv-00243-JD