1  Craig C. Daniel (State Bar No. 212588)
   **GLUCK DANIEL ATKINSON LLP**
2  One Sansome Street, Suite 720
   San Francisco, CA 94104
3  Telephone: (415) 510-2509
   Email: litigation@gluckdaniel.com
4
   Angela J. Somers (admitted *pro hac vice*)
5  Jeffrey E. Gross (admitted *pro hac vice*)
   Minyao Wang (admitted *pro hac vice*)
6  **REID COLLINS & TSAI LLP**
   420 Lexington Avenue, Suite 2731
7  New York, NY 10170
   Telephone: (212) 344-5200
8  Facsimile: (212) 344-5299
   Email: asomers@reidcollins.com
9          jgross@reidcollins.com
           mwang@reidcollins.com
10
   *Counsel for Plaintiffs Cedric de Lisser,*
11 *Christopher Moser, and Michael Michelin, in*
   *their capacity as the Trustees of the Cred*
12 *Liquidation Trust*

13

14                **UNITED STATES DISTRICT COURT**
15                **NORTHERN DISTRICT OF CALIFORNIA**
                  **SAN FRANCISCO DIVISION**
16

17 CEDRIC DE LISSER, CHRISTOPHER MOSER, ) Case No. 3:23-cv-00243-JD
   and MICHAEL MICHELIN, in their capacity as )
18 the Trustees of the Cred Liquidation Trust,  ) **[Removal from Superior Court of California,**
                                                )      **County of San Francisco, Case No.**
19              Plaintiffs,                      )      **CGC-22603638]**
         v.                                     )
20                                              ) **DECLARATION OF ANGELA J. SOMERS**
   LOCKTON COMPANIES LLC, d/b/a                 )
21 LOCKTON INSURANCE BROKERS LLC,               )
   a Missouri limited liability company; LOCKTON ) **State Action Filed: December 22, 2022**
22 COMPANIES, LLC- PACIFIC SERIES, d/b/a        )
   LOCKTON INSURANCE BROKERS LLC, a             ) **Hearing Date**: March 30, 2023
23 Missouri limited liability company; and DOES 1- )
   10, inclusive.                               ) **Hearing Time**: 10:00 a.m. Pacific
24              Defendants.                      )
25                                              )
                                                )
26                                              )
27

28

1    I, Angela J. Somers, pursuant to 28 U.S. Code § 1746, make the following declaration:

2    1.    I am an attorney admitted to practice in the State of New York.  I am a partner at Reid,

3    Collins & Tsai LLP, counsel to the Trustees (the "**Trustees**") of the Cred Inc. Liquidation Trust (the

4    "**Trust**") established in the chapter 11 bankruptcy cases of the above-captioned debtors. I am admitted

5    *pro hac vice* in this matter.

6    2.    I submit this Declaration in support of the Trustees' *Motion To Remand or in the*

7    *Alternative for Equitable Remand*, filed concurrently herewith.

8    3.    I have personal knowledge of the facts set forth herein and, if called as a witness, I could

9    and would testify competently to them.

10   4.    Attached hereto as **Exhibit A** is a true and correct copy of the *Order Granting the Motion*

11   *of the Trustees of Cred Inc. Liquidation Trust to Clarify the Trust's Authority to Acquire Certain Third-*

12   *Party Claims*, entered by the United States Bankruptcy Court for the District of Delaware in Case No.

13   20-12836 (JTD), dated February 10, 2023.

14   5.    I declare that the foregoing is true and correct.

15   Executed in Greenwich, Connecticut on February 17, 2023.

16

17                                     */s/ Angela Somers*
                                          Angela J. Somers

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ANGELA J. SOMERS
CASE NO. 3:23-cv-00243-JD