Craig C. Daniel (State Bar No. 212588)
**GLUCK DANIEL ATKINSON LLP**
One Sansome Street, Suite 720
San Francisco, CA 94104
Telephone: (415) 510-2509
Email: litigation@gluckdaniel.com

Angela J. Somers (admitted *pro hac vice*)
Jeffrey E. Gross (admitted *pro hac vice*)
Minyao Wang (admitted *pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
Email: asomers@reidcollins.com
         jgross@reidcollins.com
         mwang@reidcollins.com

*Counsel for Plaintiffs Cedric de Lisser,
Christopher Moser, and Michael Michelin, in
their capacity as the Trustees of the Cred
Liquidation Trust*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br>v.<br><br>LOCKTON COMPANIES LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC- PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br>Defendants. | Case No. 3:23-cv-00243-JD<br><br>**[Removal from Superior Court of California, County of San Francisco, Case No. CGC-22603638]**<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO REMAND**<br><br>**Hearing Date**: March 30, 2023<br>**Hearing Time**: 10:00 a.m. Pacific |

# [PROPOSED] ORDER

Before the Court is the Motion of Plaintiffs Cedric de Lisser, Christopher Moser, and Michael Michelin, in their capacity as the Trustees of the Cred Liquidation Trust ("Plaintiffs"), to Remand for Lack of Subject Matter Jurisdiction or in the Alternative for Equitable Remand (the "Motion"). Having considered the Motion, the memorandum of points and authorities and declaration in support thereof, the opposing and reply papers, and the argument of counsel at the hearing and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion is **GRANTED**.

2. This action is immediately remanded to the Superior Court of California for the County of San Francisco.

**IT IS SO ORDERED.**

Dated: _____, 2023.

_____
UNITED STATES DISTRICT JUDGE