# EXHIBIT I

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>CRED INC., *et al.*,[1]<br><br>           Debtors. | :<br>:  Chapter 11<br>:<br>:  Case No. 20-12836 (JTD)<br>:  (Jointly Administered)<br>: |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1.     **DragonFly International Holding Limited**, Attn: Lindsay Lin, Maples Corporate Services (BVI) Limited, Kington Chambers, PO Box 173, Road Town, Tortola, British Virgin Islands, Phone: (703) 994-5176; Fax: (415) 889-6447; Email: lindsay@dcp.capital

2.     **Wendy Laraine Lee** (an individual)

3.     **Cedric de Lisser** (an individual)

4.     **Maple Partners, LLC**, Attn: Joshua Segall, 1309 Coffeen Avenue Suite 1200, Sheridan, WY 82801, Phone: (334) 245-3112; Fax: (307) 316-0481; Email: maplepartnersllc@gmail.com

5.     **Michael Michelin** (an individual)

6.     **Christopher Moser** (an individual)

7.     **Kyle Tuo Wang** (an individual)

DATED: December 3, 2020
                                      ANDREW R. VARA
                                      United States Trustee, Region 3

                                      /s/ *Joseph J. McMahon* for
                                      T. PATRICK TINKER
                                      ASSISTANT UNITED STATES TRUSTEE

Attorneys assigned to these cases: Joseph J. McMahon, Jr., Esq., Tel: (302) 573-6491, Fax: (302) 573-6497, Email: joseph.mcmahon@usdoj.gov and John Schanne, Esq., Tel: (302) 573-6491, Fax: (302) 573-6497, Email: john.schanne@usdoj.gov

Proposed Debtors' Counsel: Scott D. Cousins, Esq., Tel: (302) 824-7081, Fax: (302) 295-0331, Email: scott.cousins@cousins-law.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566). The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.