1  Craig C. Daniel (State Bar No. 212588)
   **GLUCK DANIEL ATKINSON LLP**
2  201 Mission Street, Suite 1330
   San Francisco, CA 94105
3  Telephone: (415) 510-2509
   Email: litigation@gluckdaniel.com
4
5  Angela J. Somers (admitted *pro hac vice*)
   Jeffrey E. Gross (admitted *pro hac vice*)
   Minyao Wang (admitted *pro hac vice*)
6  **REID COLLINS & TSAI LLP**
   420 Lexington Avenue, Suite 2731
7  New York, NY 10170
   Telephone: (212) 344-5200
8  Facsimile: (212) 344-5299
   Email: asomers@reidcollins.com
9          jgross@reidcollins.com
           mwang@reidcollins.com
10
   *Counsel for Plaintiffs Cedric de Lisser,*
11 *Christopher Moser, and Michael Michelin, in*
   *their capacity as the Trustees of the Cred*
12 *Liquidation Trust*

13

14                    **UNITED STATES DISTRICT COURT**
15                  **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
16

17 CEDRIC DE LISSER, CHRISTOPHER MOSER, )   Case No. 3:23-cv-00243-JD
   and MICHAEL MICHELIN, in their capacity as )
18 the Trustees of the Cred Liquidation Trust,   )   **[Removal from Superior Court of California,**
                                              )       **County of San Francisco, Case No.**
19              Plaintiffs,                    )       **CGC-22603638]**
          v.                                   )
20                                             )   **SUPPLEMENTAL DECLARATION OF**
                                              )   **ANGELA J. SOMERS**
21 LOCKTON COMPANIES LLC, d/b/a               )
   LOCKTON INSURANCE BROKERS LLC,             )
22 a Missouri limited liability company; LOCKTON )   **State Action Filed: December 22, 2022**
   COMPANIES, LLC- PACIFIC SERIES, d/b/a      )
23 LOCKTON INSURANCE BROKERS LLC, a           )   **Hearing Date**: **March 30, 2023**
   Missouri limited liability company; and DOES 1- )
24 10, inclusive.                              )   **Hearing Time**: **10:00 a.m. Pacific**
                                              )
25              Defendants.                    )
                                              )
26                                             )
                                              )
27 _____ )

28

────────────────────────────────────────────
SUPPLEMENTAL DECLARATION OF ANGELA J. SOMERS
CASE NO. 3:23-cv-00243-JD

1       I, Angela J. Somers, pursuant to 28 U.S. Code § 1746, make the following declaration under the

2   penalty of perjury:

3       1.    I am an attorney admitted to practice in the State of New York.  I am a partner at Reid,

4   Collins & Tsai LLP, counsel to the Trustees (the "**Trustees**") of the Cred Inc. Liquidation Trust (the

5   "**Trust**") established in the chapter 11 bankruptcy cases of the above-captioned debtors. I am admitted

6   *pro hac vice* in this matter.

7       2.    I submit this Supplemental Declaration in support of the Trustees' *Reply to Defendants'*

8   *Opposition to Motion to Remand or in the Alternative for Equitable Remand*, filed concurrently herewith.

9       3.    I have personal knowledge of the facts set forth herein and, if called as a witness, I could

10  and would testify competently to them.

11      4.    Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of a hearing that

12  took place on July 19, 2022 in Case No. 20-12836 (JTD) in the United States Bankruptcy Court for the

13  District of Delaware.

14      5.    Attached hereto as **Exhibit 2** is a true and correct copy of the *Memorandum Opinion*,

15  entered by the United States Bankruptcy Court for the District of Delaware in Case No. 20-12836 (JTD),

16  dated February 27, 2023.

17      6.    Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of a hearing that

18  took place on February 9, 2023 in Case No. 20-12836 (JTD) in the United States Bankruptcy Court for

19  the District of Delaware.

20      7.    Attached hereto as **Exhibit 4** is a true and correct copy of the *Declaration of Daniel Schatt*

21  *in Support of Debtors' Chapter 11 Petitions and First Day Motions* filed on November 9, 2020 in Case

22  No. 20-12836 (JTD) in the United States Bankruptcy Court for the District of Delaware.

23      8.    I declare that the foregoing is true and correct.

24      Executed in Greenwich, Connecticut on March 10, 2023.

25

26              */s/ Angela Somers*

                Angela J. Somers

27

28

SUPPLEMENTAL DECLARATION OF ANGELA J. SOMERS
CASE NO. 3:23-cv-00243-JD