**GLUCK DANIEL ATKINSON LLP**
Craig C. Daniel (SBN 212588)
litigation@gluckdaniel.com
201 Mission Street, Suite 1330
San Francisco, CA 94105
Telephone: (415) 510-2509

**REID COLLINS & TSAI LLP**
Angela J. Somers (*admitted pro hac vice*)
asomers@reidcollins.com
Jeffrey E. Gross (*admitted pro hac vice*)
jgross@reidcollins.com
Minyao Wang (*admitted pro hac vice*)
mwang@reidcollins.com
420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299

*Special Counsel to Trustees of the Cred Inc. Liquidation Trust*

**QUINN EMANUEL URQUHART SULLIVAN LLP**
Michael B. Carlinsky (*admitted pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Renita N. Sharma (*admitted pro hac vice*)
renitasharma@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Lockton Insurance Company LLC and Lockton Companies LLC – Pacific Series*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKTON INSURANCE COMPANY LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC – PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 3:23-cv-00243-JD<br><br>**[Removal from Superior Court of California, County of San Francisco, Case No. CGC-22-603638]**<br><br>**STIPULATION TO REQUEST THE RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE**<br><br>**State Action Filed: December 22, 2022** |

Pursuant to Civil Local Rules 6-1(a) and 7-12, Plaintiffs Cedric De Lisser, Christopher Moser, and Michael Michelin, in their capacity as the Trustees of the Cred Liquidation Trust (collectively, "Plaintiffs") and Defendants Lockton Insurance Company LLC, d/b/a Lockton Insurance Brokers LLC and Lockton Companies, LLC – Pacific Series, d/b/a Lockton Insurance Brokers LLC (together, "Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs commenced this litigation against Defendants in the Superior Court of California, County of San Francisco;

WHEREAS, the Action was removed to this Court on January 18, 2023 by Defendants' invocation of 28 U.S.C. §§ 1334(b), 1446, and 1452(a);

WHEREAS, Plaintiffs do not believe there is a basis for removal;

WHEREAS, Plaintiffs filed a *Motion to Remand or in the Alternative for Equitable Remand* (the "Motion to Remand") on February 17, 2023, Defendants filed their Opposition on March 3, 2023, and Plaintiffs filed a Reply on March 10, 2023;

WHEREAS, the Motion to Remand is scheduled for hearing before this Court on March 30, 2023;

WHEREAS, the Parties' Initial Case Management Conference is scheduled before this Court for April 13, 2023;

WHEREAS, the Parties agree that both sides will be able to more effectively meet and confer regarding the Joint Case Management Statement and related issues once the Court has heard the Motion to Remand;

THEREFORE the Parties respectfully jointly request that:

1. The Initial Case Management Conference scheduled for April 13, 2023 be rescheduled to May 11, 2023 at 10:00 A.M. or on a date and time thereafter at the Court's convenience.

DATED: March 22, 2023          **REID COLLINS & TSAI LLP**

By: /s/  Angela J. Somers
Angela J. Somers (*admitted pro hac vice*)
asomer@reidcollins.com

|  |  |
|---|---|
| 1 | Jeffrey E. Gross (*admitted pro hac vice*) |
| 2 | jgross@reidcollins.com |
|  | Minyao Wong (*admitted pro hac vice*) |
| 3 | mwang@reidcollins.com |
|  | 420 Lexington Avenue, Suite 2731 |
| 4 | New York, NY 10170 |
|  | Telephone: (212) 344-5200 |
| 5 | Facsimile: (212) 344-5299 |

Craig C. Daniel (SBN 212588)
litigation@gluckdaniel.com
**GLUCK DANIEL ATKINSON LLP**
201 Mission Street, Suite 1330
San Francisco, CA 94105
Telephone: (415) 510-2509

*Special Counsel to Trustees of the Cred Inc. Liquidation Trust*

DATED: March 22, 2023   **QUINN, EMANUEL, URQUHART & SULLIVAN LLP**

By: /s/  Terry L. Wit
   Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Facsimile: (415) 875-6700

   Michael B. Carlinsky (*admitted pro hac vice*)
   michaelcarlinsky@quinnemanuel.com
   Renita N. Sharma (*admitted pro hac vice*)
   renitasharma@quinnemanuel.com
   51 Madison Ave., 22nd Floor
   New York, NY 10010
   Telephone: (212) 849-7000
   Facsimile: (212) 849-7100

   Eric D. Winston (SBN 202407)
   ericwinston@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
   Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

   *Attorneys for Defendants Lockton Insurance Company LLC and Lockton Companies LLC – Pacific Series, LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

SO ORDERED this ____ Day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE