**GLUCK DANIEL ATKINSON LLP**
Craig C. Daniel (State Bar No. 212588)
201 Mission Street, Suite 1330
San Francisco, CA 94104
Telephone: (415) 510-2509
Email: litigation@gluckdaniel.com

**REID COLLINS & TSAI LLP**
Angela J. Somers (admitted *pro hac vice*)
Jeffrey E. Gross (admitted *pro hac vice*)
Minyao Wang (admitted *pro hac vice*)
420 Lexington Avenue, Suite 2731
New York, NY 10170
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
Email: asomers@reidcollins.com
         jgross@reidcollins.com
         mwang@reidcollins.com

*Special Counsel for Plaintiffs Cedric de Lisser, Christopher Moser, and Michael Michelin, in their capacity as the Trustees of the Cred Liquidation Trust*

**QUINN EMANUEL URQUHART SULLIVAN LLP**
Michael B. Carlinsky (*admitted pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Renita N. Sharma (*admitted pro hac vice*)
renitasharma@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Lockton Companies LLC and Lockton Companies LLC – Pacific Series*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CEDRIC DE LISSER, CHRISTOPHER MOSER, and MICHAEL MICHELIN, in their capacity as the Trustees of the Cred Liquidation Trust,<br><br>Plaintiffs,<br>v.<br><br>LOCKTON COMPANIES LLC, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC- PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS LLC, a Missouri limited liability company; and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 3:23-cv-00243-AMO<br><br>**[Removal from Superior Court of California, County of San Francisco, Case No. CGC-22603638]**<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' REQUEST FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br>**State Action Filed: December 22, 2022** |

Plaintiffs Cedric De Lisser, Christopher Moser, and Michael Michelin, in their capacity as the Trustees of the Cred Liquidation Trust (collectively "Plaintiffs") and Defendants Lockton Companies LLC, d/b/a Lockton Insurance Brokers LLC and Lockton Companies, LLC- Pacific Series, d/b/a Lockton Insurance Brokers LLC, (together "Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 22, 2022, Plaintiffs filed their original Verified Complaint against Defendants in California Superior Court for the County of San Francisco;

WHEREAS, on January 9, 2023, Plaintiffs filed their First Amended Verified Complaint;

WHEREAS, on January 18, 2023, Defendants removed the action to this Court;

WHEREAS, on February 17, 2023, Plaintiffs sought to have the action remanded to state court;

WHEREAS, on April 5, 2023, Judge James Donato adjourned the case management conference in this matter pending further order;

WHEREAS, Plaintiffs advised Defendants on April 24, 2023 that they intend to seek leave to file a Second Amended Complaint to add certain allegations as set forth in a draft Second Amended Complaint Plaintiffs provided to Defendants, and asked whether Defendants would consent to the filing;

WHEREAS, Defendants informed Plaintiffs that, solely in the interest of efficiency and while reserving all rights, Defendants would not oppose Plaintiffs' request to amend their First Amended Complaint to include the allegations set forth in the draft Second Amended Complaint;

WHEREAS, on May 10, 2023, the Executive Committee of this District reassigned the case to Judge Araceli Martinez-Olguin and ordered that a Joint Case Management Statement be filed on or before May 31, 2023;

WHEREAS, Plaintiffs believe it is more efficient for the parties to draft the Joint Case Management Statement based on an operative complaint;

WHEREAS, by filing their Second Amended Complaint Plaintiffs do not concede that there is federal subject matter jurisdiction and Plaintiffs reiterate that this case should be remanded to state court;

WHEREAS, Defendants intend to move to dismiss Plaintiffs' operative complaint;

1    WHEREAS, the Parties previously stipulated to, and the Court ordered, a briefing schedule for Defendants' anticipated motion to dismiss that would take effect following the Court's order resolving Plaintiffs' motion to remand and/or abstain (ECF No. 18).

   IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, by and through their respective counsel, that:

   1.   Defendants do not oppose Plaintiffs' filing of their Second Amended Complaint, a clean copy and a redline copy of which are attached hereto as Exhibit A and Exhibit B.

   2.   Nothing herein shall be construed as an admission that Plaintiffs admit or concede that there is federal subject matter jurisdiction over the litigation.

   3.   Nothing herein shall be construed as an admission that Defendants admit or concede that Plaintiffs have stated or can state any claim against Defendants.  Further, nothing herein shall be construed as an admission that Defendants admit or concede the truth of the allegations set forth in the proposed Second Amended Complaint.

   4.   The stipulated briefing schedule for a motion to dismiss approved by the Court on January 30, 2023 (ECF No. 18) remains in effect.

                                          Respectfully submitted,

DATED: May 19, 2023              **REID COLLINS & TSAI LLP**

                                 By: */s/ Angela J. Somers*
                                    Angela J. Somers (*admitted pro hac vice*)
                                    asomer@reidcollins.com
                                    Jeffrey E. Gross (*admitted pro hac vice*)
                                    jgross@reidcollins.com
                                    Minyao Wong (*admitted pro hac vice*)
                                    mwang@reidcollins.com
                                    420 Lexington Avenue, Suite 2731
                                    New York, NY 10170
                                    Telephone: (212) 344-5200
                                    Facsimile: (212) 344-5299

Craig C. Daniel (SBN 212588)
litigation@gluckdaniel.com
**GLUCK DANIEL ATKINSON LLP**
201 Mission Street, Suite 1330
San Francisco, CA 94105
Telephone: (415) 510-2509

*Special Counsel to Trustees of the Cred Inc. Liquidation Trust*

DATED: May 19, 2023

**QUINN, EMANUEL, URQUHART & SULLIVAN LLP**

By: */s/ Terry L. Wit*
Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Michael B. Carlinsky (*admitted pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Renita N. Sharma (*admitted pro hac vice*)
renitasharma@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Eric D. Winston (SBN 202407)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Lockton Companies LLC and Lockton Companies LLC – Pacific Series, LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

SO ORDERED this  25  Day of   May   , 2023.

_____
UNITED STATES DISTRICT JUDGE