UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CEDRIC DE LISSER, CHRISTOPHER MOSER, and
MICHAEL MICHELIN, in their capacity as the Trustees of Cred
Liquidation Trust

Plaintiff(s),

v.

LOCKTON COMPANIES LLC, d/b/a LOCKTON INSURANCE BROKERS,
LLC, a Missouri limited liability company; LOCKTON COMPANIES, LLC -
PACIFIC SERIES, d/b/a LOCKTON INSURANCE BROKERS, LLC, a
Missouri limited liability company; and DOES 1-10, inclusive.

Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of

_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing:  _Trustees of the Cred Inc. Liquidation Trust_  in the

above-entitled action. My local co-counsel in this case is _____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _____.

420 Lexington Avenue, Ste. 2731
New York, New York 10170
MY ADDRESS OF RECORD

201 Mission Street, Suite 1330
San Francisco, California 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

_____
MY TELEPHONE # OF RECORD

_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

_____
MY EMAIL ADDRESS OF RECORD

_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _____          _____

5                                                                    APPLICANT

6

7

8                                  ORDER GRANTING APPLICATION

9                          FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                          _____

18                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California