UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Mark B. Busby  General Court Number
Clerk of Court  408-535-5363

August 15, 2023

Civic Center Courthouse
400 McAllister Street
San Francisco, Ca., 94102

RE:  Cedric De Lisser, et al. v.  Lockton Companies, LLC - Pacific Series, et al.
      3:23-cv-00243-AMO

Your Case Number:  CGC-22-603638

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copy of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please send an acknowledgement of receipt of these documents to cindy_hernandez@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

*Cindy Hernandez*

by:  Cynthia Hernandez
Case Systems Administrator
408-535-5386

REV. 10/21