**FILED**

AUG 25 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

ENDORSED
FILED
Superior Court of California
County of San Francisco

AUG 18 2023

CLERK OF THE COURT
BY: CAROLYN BALISTRERI
Deputy Clerk

General Court Number
408-535-5363

Mark B. Busby
Clerk of Court

August 15, 2023

Civic Center Courthouse
400 McAllister Street
San Francisco, Ca., 94102

RE: Cedric De Lisser, et al. v. Lockton Companies, LLC - Pacific Series, et al.
3:23-cv-00243-AMO

Your Case Number: CGC-22-603638

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copy of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

Please send an acknowledgement of receipt of these documents to cindy_hernandez@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

*Cindy Hernandez*

by: Cynthia Hernandez
Case Systems Administrator
408-535-5386

REV. 10/21